UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>          Plaintiff,<br><br>     v.<br><br>PANN YAM, et al.,<br><br>          Defendants. | No. 1:20-cv-01594-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

   On January 22, 2021, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice, in which he notifies the Court of the dismissal of this action with prejudice. (Doc. 9.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

   Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL CLOSE the case.

IT IS SO ORDERED.

Dated:  **January 25, 2021**                    /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE